**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

JUL 1 9 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| --- | --- | --- |
| v. | : | |
| VALTREZ STEWART | : | NO. 1 11-CR-352 |

THE GRAND JURY CHARGES THAT:

<u>COUNTS ONE THROUGH SIX</u>

On or about the dates as set forth below, within the Northern District of Georgia and elsewhere, the defendant, VALTREZ STEWART, knowingly and with intent to extort money from the schools listed below, did cause to be delivered by the United States Postal Service a communication containing a threat to injure the person of another, that is, the defendant caused the United States Postal Service to deliver to the locations listed below a communication which demanded money and threatened to murder persons if the money was not paid:

| COUNT | DATE | ADDRESSEE |
| --- | --- | --- |
| ONE | January 28, 2011 | Northview High School, Johns Creek, Georgia |
| TWO | January 31, 2011 | Marietta High School, Marietta, Georgia |

| THREE | January 31, 2011 | Stephenson Middle School, Stone Mountain, Georgia |
| FOUR | February 1, 2011 | Marietta Middle School, Marietta, Georgia |
| FIVE | February 1, 2011 | Stone Mountain Middle School, Stone Mountain, Georgia |
| SIX | February 2, 2011 | Meadowcreek High School, Norcross, Georgia |

in violation of Title 18, United States Code, Section 876(b).

## COUNTS SEVEN THROUGH TWELVE

On or about the dates as set forth below, within the Northern District of Georgia and elsewhere, the defendant, VALTREZ STEWART, did knowingly and willfully cause to be delivered by the United States Postal Service a communication addressed to the schools listed below and containing a threat to injure the person of another, that is, the defendant caused the United States Postal Service to deliver a communication which threatened to murder persons at the locations of the addressee as listed below:

| COUNT | DATE | ADDRESSEE |
|---|---|---|
| SEVEN | January 28, 2011 | Northview High School, Johns Creek, Georgia |
| EIGHT | January 31, 2011 | Marietta High School, Marietta, Georgia |
| NINE | January 31, 2011 | Stephenson Middle School, Stone Mountain, Georgia |
| TEN | February 1, 2011 | Marietta Middle School, Marietta, Georgia |
| ELEVEN | February 1, 2011 | Stone Mountain Middle School, Stone Mountain, Georgia |
| TWELVE | February 2, 2011 | Meadowcreek High School, |

|  |  | Norcross, Georgia |
|--|--|--|
|  |  |  |

in violation of Title 18, United States Code, Section 876(c).

A _____ True _____ BILL

_____ /s/ _____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*Tracia M. King*
TRACIA M. KING
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 421380

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
404/581-6181 (facsimile)